PER CURIAM.

We think the evidence shows conclusively that the defendant knew he was signing a contract of sale, and that he chose not to read it. The case is controlled by our decision in Edison Fixture Co., Inc., v. Copoulos, No. 475, of the present term.

The judgment for the defendant will be reversed and a *venire de novo* awarded.

---

EDISON FIXTURE COMPANY, INCORPORATED PLAINTIFF-APPELLANT, v. RICHARD CLARK DEFENDANT-APPELLEE.

Argued October 8, 1924—Decided February 5, 1925.

On appeal from the District Court of the city of Camden.

Before Justices TRENCHARD, MINTURN and LLOYD.

For the appellant, *Herman B. J. Weckstein.*

For the appellee, *Thomas P. Curley.*

PER CURIAM.

We think the evidence shows conclusively that the defendant knew he was signing a contract of sale, and that he chose not to read it. The case is controlled by our decision in Edison Fixture Co., Inc., v. Copoulos, No. 475, of the present term.

The judgment for the defendant will be reversed and a *venire de novo* awarded.